UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AYLAR ERFANIAN AZAD SOLTAN et al., Plaintiff(s), v. MARCO RUBIO et al., Defendant(s). | CASE NO. 2:26−cv−02657−BJR<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Barbara J. Rothstein, United States District Judge. All future documents filed in this case must bear the cause number 2:26−cv−02657−BJR and bear the Judge's name in the upper right hand corner of the document.

DATED September 22, 2026

Joshua C. Lewis
Clerk of Court

By: /s/ Andy Quach
Deputy Clerk