The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AYLAR ERFANIAN AZAD SOLTAN, *et al.*,

Plaintiffs,

v.

MARCO RUBIO, *et al.*,

Defendants.

NO. 2:26-cv-2657-BJR

**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND**

**ORDER**

The parties stipulated to extend Defendants' deadline to respond to Plaintiffs' Complaint. ECF No. 9. Defendants shall file a response to Plaintiffs' Complaint on or before October 14, 2026.

It is so **ORDERED**.

DATED this 24th day of September, 2026.

[signature]

The Honorable Barbara J. Rothstein
United States District Judge



Joshua L. Goldstein WSBA #61773
Goldstein Immigration Lawyers
Phone: 213-425-1979
Email: jg@jgoldlaw.com

PRESENTED BY:

*s/ Joshua Goldstein, Esq*
Joshua L. Goldstein WSBA #61773
Goldstein Immigration Lawyers
611 Wilshire Blvd. Suite 317
Los Angeles, CA 90017
Phone: 213-425-1979
Email: jg@jgoldlaw.com

*s/ Rya E. Fishman*
Rya E. Fishman WSBA #64965
Phone: (213) 425-2165
Email: rya@jgoldlaw.com

*Attorneys for Plaintiffs*