The Honorable Barbara J. Rothstein

IN FEDERAL DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON STATE
SEATTLE DIVISION

AYLAR ERFANIAN AZAD SOLTAN, *et al.*,

Plaintiffs,

v.

MARCO RUBIO, *et al.*,

Defendants.

No. 2:26-cv-2657-BJR

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

This matter comes before the Court on Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss. Having considered the motion and the record, and finding good cause, the Court GRANTS the motion.

Plaintiffs shall file their response to Defendants' Motion to Dismiss on or before November 11, 2026.

DATED this 16th day of October, 2026.



JOSHUA L. GOLDSTEIN WSBA #61773
Goldstein Immigration Lawyers
Phone: 213-425-1979
Email: jg@jgoldlaw.com

Barbara J. Rothstein
United States District Judge

Presented by:

**s/ Joshua L. Goldstein, Esq**
Joshua L. Goldstein
Goldstein Immigration Lawyers
611 Wilshire Blvd, Suite 317
Los Angeles, CA 90017
Telephone: (213) 425-1979
Email: jg@jgoldlaw.com
State Bar No. 61773

**s/ Rya E. Fishman**
Rya E. Fishman
Phone:(213) 425-2165
Email: rya@jgoldlaw.com
State Bar No. 64965

Attorneys for Plaintiffs